# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

WILLIAM T. SIMMONS, III,

Appellant,

v.

PHARUS FUNDING, LLC, as successor in interest
to PEN FED CREDIT UNION,

Appellee.

No. 2D2024-2793

_____

November 26, 2025

Appeal from the Circuit Court for Pasco County; Kimberly Sharpe Byrd, Judge.

William T. Simmons, III, pro se.

Ernest H. Kohlmyer, III, of Zimmerman, Kiser & Sutcliffe, P.A., Orlando, for Appellee.


PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.